**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Patricia Kennedy
                              Plaintiff,
v.                                                   Case No.: 1:20−cv−01234
                                                     Honorable Marvin E. Aspen
OQ 168 NM Propco LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 28, 2020:

    MINUTE entry before the Honorable Marvin E. Aspen: The status hearing set for 6/11/2020 is stricken and reset to 7/9/2020 at 10:30 a.m. The Third Amended General Order 20−0012 In Re: COVID−19 Public Emergency will not impact previously set deadlines in this case absent any motions showing cause for an extension. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.